AO 102 (01/09)  Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Tracking of
*(Identify the person to be tracked or describe the object or property to be used for tracking)*

2021 SILVER TOYOTA TACOMA PICKUP - UTAH LICENSE PLATE 6AA728, VIN 3TMCZ5AN4MM398228

Case No. 2:23mj957 CMR

**APPLICATION FOR A TRACKING WARRANT**

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __18__ U.S.C. § __1955 & 1956__ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
A SILVER TOYOTA TACOMA PICKUP WITH UTAH LICENSE PLATE 6AA728 REGISTERED TO JEFFREY NAKAOKA LOCATED AT 6361 W. MOUNT SHASTA CT, WEST VALLEY, UTAH, For the Purpose of Installation.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Christopher Snow*
Applicant's signature

Christopher Snow, HSI Special Agent
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/2023

*Cecilia M. Romero*
*Judge's signature*

City and state: Salt Lake City, Utah

Cecilia M. Romero U.S. Magistrate Judge
*Printed name and title*